```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

KENNETH C. MORRIS                :

      vs.                        :

                                : CASE NO. 99-360E

ROBERT W. MEYERS, ET AL.         :


ORDER


AND NOW, this _____ day of _____, 200_, upon consideration of the Petitioner's Application for Relief Pursuant to Federal Rule of Civil Procedure 60(b)(6), and the Commonwealth's response thereto, it is hereby ORDERED that the Motion is GRANTED.


                                            BY THE COURT:


                                            _____