IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH C. MORRIS,<br>    Plaintiff, | )<br>)<br>) | |
| vs. | ) | Civil Action No. 99-360 ERIE |
| ROBERT W, MEYERS, et al.,<br>    Defendants | )<br>)<br>)<br>) | |

## **ORDER**

AND NOW, this 30th day of November, 2006, after consideration of the Plaintiff's Application for Relief Pursuant to F.R.C.P 60(b)(6) (Doc. No. 22)

IT IS HEREBY ORDERED that said motion be and hereby is DENIED

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record   NK